JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ORIENT OVERSEAS CONTAINER LINE LIMITED, | ) ) ) | CV 08-6413 RSWL(FMOx) |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) ) | |
| PLAYHUT, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

After consideration of all the arguments presented, **JUDGMENT IS HEREBY ENTERED FOR PLAINTIFF** against Defendant Playhut, Inc. in the amount set forth below:

    Judgment in China:          $49,815.00

    Court Costs in China:        $947.74

    Attorneys Fees in China:     $5,437.50

    Storage of containers:    $294,400.00

    Destruction of containers:   $2,665.95

1    Plaintiff is also awarded prejudgment interest and

2  attorneys' fees and costs.

3

4  **IT IS SO ORDERED.**

5  DATED: December 14, 2009

6

7  _____

8  **HONORABLE RONALD S.W. LEW**
   Senior, U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28